

3900 Jern. .town Road  Suite 220  Fairfax, VA 22030
Tel: (703) 865-6100  Fax: (703) 865-6125
info@pjilaw.com
www.pjilaw.com

February 20, 2023

**<u>First Class Mail</u>**

Deborah Wessells
820 Tritapoe Drive
Knoxville, MD 21758

**Re: Your Estate Administration matter**

Dear Ms. Wessells,

      We appreciate the opportunity to have served you in your matter. Our representation of you in connection with this matter is now concluded. Please find enclosed a copy of the withdrawal order signed by the court.

      Please feel free to call our office with any questions or comments you may have, and best wishes to you going forward.

               Sincerely,

               Andrew T. White, Esq.
               Managing Attorney

Encl.

**PJI Law, PLC**