

3900 Jermantown Road   Suite 220   Fairfax, VA 22030
Tel: (703) 865-6100   Fax: (703) 865-6125
info@pjilaw.com
www.pjilaw.com

October 5, 2023

**VIA CERTIFIED AND ELECTRONIC MAIL**
Deborah Wessells
820 Tritapoe Drive
Knoxville, MD 21758
E-Mail: lambeypie2@aol.com

**Re: Outstanding Invoice(s) for Legal Services**

Dear Deborah Wessells,

I hope this letter finds you well. We trust that our services proved beneficial to you in your matter with PJI Law (the "Firm"). However, we regret to inform you that your account with the Firm currently carries an outstanding balance. Despite our previous communications and attempts to resolve this matter amicably, the invoice(s) remains unpaid.

We understand that circumstances can sometimes lead to delays in settling financial obligations, and we want to give you an opportunity to address this matter before further actions are taken. Our intention is to resolve this matter without resorting to legal proceedings. We highly value the relationships we build with our clients and believe in finding reasonable solutions.

As of the date of this letter, **your current outstanding balance inclusive of interest that continues to accrue is $10,756.62**. We kindly request that you remit this payment promptly to avoid further escalation of this situation.

However, to facilitate a resolution, we are open to discussing potential options to settle this outstanding debt. If you wish to avoid legal action and would prefer to resolve this matter swiftly, we are willing to consider the following settlement option(s) coupled with a settlement agreement:

1. A one-time lump sum payment of $9,100.00;
2. Monthly payment plan over 3 (three) months, with payments of $3,500.00; or
3. Monthly payment plan over 6 (six) months, with payments of $1,800.00.

We believe that finding a mutually agreeable solution is in the best interest of all parties involved. Therefore, we urge you to contact our billing department immediately to discuss these.

Please note that if we do not hear from you by October 27, 2023, we will be left with no choice but to file the attached warrant in debt in the General District Court for Fairfax County.

We sincerely hope to avoid any further escalation and look forward to resolving this matter amicably. Thank you for your prompt attention to this letter.

Sincerely,

Mahlon J. Mowrer, Esq.

**HEARING DATE AND TIME**

---

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia    VA. CODE § 16.1-79

Fairfax County ................................................ General District Court
CITY OR COUNTY

4110 Chain Bridge Road, Suite 210, Fairfax, VA 22030
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on
............... to answer the Plaintiff(s) civil claim (see below)
RETURN DATE AND TIME

............................................... [ ] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE
DATE ISSUED

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 10,756.62 .... net of any credits, with interest at ...... 18.00 .. % from date of .. 10/3/2023 ...... until paid.
$ _Agreeable_ .... costs and $ _Agreeable_ .... attorney's fees with the basis of this claim being
[ ] Open Account [ ] Contract [ ] Note [ ] Other (EXPLAIN) ......................
................................................ cannot be demanded

[ ] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYER/AGENT
DATE

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [X] cannot be demanded

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ]
for $ ........ net of any credits, with interest at ........ % from date
of ....... until paid $ ........ costs and $ ........ attorney's fees
[ ] and $ ........ costs for Servicemember Civil Relief Act counsel fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED
JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ..................

[ ] NON-SUIT  [ ] DISMISSED ..................

Defendant(s) Present: [ ] NO  [ ] YES ..................

..................
DATE                    JUDGE

FORM DC-412 (FRONT) 10/22

---

CASE NO. ..................

PJI Law, PLC
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

3900 Jermantown Road, Suite 220
ADDRESS

Fairfax, VA 22030
ADDRESS

v.

Deborah Wessells
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

820 Triapne Drive
ADDRESS

Knoxville, MD 21758
ADDRESS

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you.  See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ...................... ORDERED ...... DUE ......

Grounds of Defense ...................... ORDERED ...... DUE ......

ATTORNEY FOR PLAINTIFF(S)
Mahlon J. Mowrer, Esq. (VSB No.: 97135)

ATTORNEY FOR DEFENDANT(S)

---

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

.................. DATE

.................. CLERK

**DISABILITY ACCOMMODATIONS**
for loss of hearing, vision, mobility, etc., contact the court ahead of time.