

Mahlon Mowrer <mmowrer@pjilaw.com>

## Fwd: I am disputing your bill

**Karla Carias** <kcarias@pjilaw.com>  
To: Mahlon Mowrer <mmowrer@pjilaw.com>  
Cc: Laura Kouremetis <lkouremetis@pjilaw.com>

Thu, Oct 12, 2023 at 5:45 PM

See below.....

Best regards,

Karla R. Carias  
Billing Manager  
PJI Law, PLC

**Notice:** This email may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. Further, if you are not the intended recipient, please notify PJI Law, PLC immediately by calling (703) 865-6100. This email contains general information only, and its content should not be construed as legal advice or as signifying the formation of an attorney-client relationship. You should not rely on this information prior to discussing it in person with an attorney.

---------- Forwarded message ---------  
From: **'Lambeypie2' via Billing Team** <billing@pjilaw.com>  
Date: Thu, Oct 12, 2023 at 5:43 PM  
Subject: I am disputing your bill  
To: Pjilaw Billing <billing@pjilaw.com>, DEBORAH WESSELLS <lambeypie2@aol.com>


Dear PJ LW firm:

I am disputing your bill and filing bankruptcy and at this time will give you $5.00 and I will put your debt on my Bankrupty!

Any other issues you may email me but I saw someone else signed for me!

I will contact you tomorrow but this is to let you know that your debt will be on my bankruptcy filing statement and I will pay $5.00 until the filing has a case

Thanks

Deborah Wessells  
820 Tritapoe Drive  
Knoxville Md 21758  
240-566-6947


Sent from the all new AOL app for iOS