

Mahlon Mowrer <mmowrer@pjilaw.com>

# Fwd: Request for Service
3 messages

**Alina Sander** <asander@pjilaw.com>                                                             Wed, Feb 14, 2024 at 1:42 PM
To: Mahlon Mowrer <mmowrer@pjilaw.com>

pls advise

Alina M. Sander
Case Coordinator
PJI Law, PLC
3900 Jermantown Road
Suite 220
Fairfax, Virginia 22030
T (703) 865-6100
F (703) 865-6125

**Notice**: This email may contain information that is privileged, confidential, and exempt from disclosure under applicable law, If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. Further, if you are not the intended recipient, please notify PJI Law, PLC immediately by calling (703) 865-6100. This email contains general information only, and its content should not be construed as legal advice or as signifying the formation of an attorney-client relationship. You should not rely on this information prior to discussing it in person with an attorney.

---------- Forwarded message ---------
From: **William Seabolt** <william@cavaliercps.com>
Date: Wed, Feb 14, 2024 at 1:05 PM
Subject: Re: Request for Service
To: Hope Rawlson <Hope@cavaliercps.com>
Cc: Delaney Wyatt <delaney@cavaliercps.com>, Alina Sander <asander@pjilaw.com>, Cavalier CPS <info@cavaliercps.com>

Good afternoon,

Just wanted to give you guys an update on this job. We've attempted this 8 times and believe the servee to be evasive.

On some of our attempts, we've spoken to a male resident who our servers frequently describe as "seeming high" and who has confirmed that the servee is his coresident, but won't give us a good time to attempt.

On our last two attempts, our servers have said that they've heard a man and woman loudly discussing whether they should answer the door, and despite our server trying to get them to come to the door, they haven't acknowledged our server and won't answer the door.

Is this something you guys would potentially want surveillance for in order to perfect service?

Best Regards,
William Seabolt
Operations Supervisor
Cavalier Courier & Process Service
823-C South King St, Leesburg, VA 20175
3060 Williams Drive, Suite 3098, Fairfax, VA 22031 (New address)
900 Granby St, Unit 111, Norfolk, VA 23510
703.431.7085
CONFIDENTIALITY: This email message, including all attachments, is confidential and may contain privileged information. If you received this message in error, please notify us immediately by email reply and then destroy all copies of the message and/or attachments.