

Mahlon Mowrer <mmowrer@pjilaw.com>

## I gave you Notice of Bankruptcy
1 message

**Lambeypie2** <lambeypie2@aol.com>　　　　　　　　　　　　　　　　　　　　　Sat, Feb 17, 2024 at 3:05 PM
To: mmowrer@pjilaw.com, Dave Cahn <dave.cahn@gmail.com>, DEBORAH WESSELLS <lambeypie2@aol.com>

Dear Staff:

I notified by email of my intention  bankruptcy!



I notified before that I was declaring bankruptcy and its public record!

Please contact my attorney for more information!

Deborah Wessells
820 Tritapoe Drive
Knoxville, Md 21758


Sent from the all new AOL app for iOS