**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DEBORAH WESSELLS | ) | Case No. 23-18039 |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |
| | ) | |

**RESPONSE TO NOTICE OF DEFAULT AND AMENDED NOTICE OF DEFAULT**

COMES NOW the Debtor, Deborah Wessels ("**Ms. Wessells**"), by and through her undersigned counsel, and hereby responds to Blue Castle (Cayman) Ltd.'s Notice of Default and Amended Notice of Default by stating that she has made her mortgage payment.

Respectfully submitted,

/s/ David E. Cahn
David E. Cahn, Bar No. 18279
The Law Office of David Cahn, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD  21701
Ph: (301) 799-8072/F: (877) 862-5426
david@cahnlawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have reviewed the Electronic Mail Notice List in this case and that on this 17th day of April 2024, a copy of the foregoing will be served electronically via CM/ECF to the following parties:

- Rebecca A. Herr    ecf@ch13md.com
- Michael J. Klima    bankruptcy@peroutkalaw.com
- Mark David Meyer    bankruptcy@rosenberg-assoc.com
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
-

and mailed via United States Postal Service first class prepaid postage to the parties listed on the following Creditor Matrix.

/s/ David E. Cahn_____