United States Bankruptcy Court
District of Maryland

In re:                                                                                                                                    Case No. 23-18039-LSS
Deborah Wessells                                                                                  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                                  User: admin                                                                  Page 1 of 1
Date Rcvd: Apr 18, 2024                            Form ID: ntchrgb2                                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

**Recip ID                Recipient Name and Address**
db                 +  Deborah Wessells, 820 Tritapoe Drive, Knoxville, MD 21758-9504

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024                                     Signature:                /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Erwin Cahn | david@cahnlawoffice.com 4200@notices.nextchapterbk.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Rebecca A. Herr | ecf@ch13md.com |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **23−18039 − LSS**    Chapter: **13**

**Deborah Wessells**
Debtor

## NOTICE

PLEASE TAKE NOTICE that a In Person hearing will be held

on 5/20/24 at 01:30 PM
in Courtroom 3−D
to consider and act upon the following:

28−Affidavit of Default on behalf of Blue Castle (Cayman) LTD Filed by Mark David Meyer (related document(s)26 Order on Motion For Relief From Stay).

29−Amended Affidavit of Default on behalf of Blue Castle (Cayman) LTD Filed by Mark David Meyer.

33−Response on behalf of Deborah Wessells Filed by David Erwin Cahn.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/18/24

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kelly Horning
301−344−3393

Form ntchrgmdb (rev. 06/08/2020)