Entered: May 3rd, 2024
Signed: May 3rd, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re:<br><br>DEBORAH WESSELLS,<br><br>Debtor. | Case No.: 23-18039<br><br>Chapter 13 |

### ORDER GRANTING MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of PJI Law, PLC's Motion for Leave to File a Late Proof of Claim (the "Motion"), any opposition thereto, the record herein, governing law, and any argument heard at a hearing on the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, hereby:

ORDERED, the Motion be, and hereby is, GRANT; and it is further

ORDERED that PJI Law, PLC shall have sixty (60) days from the entry of this order to file its claim in the register.

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

David Erwin Cahn, Esq.
LAW OFFICE OF DAVID CAHN, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701
david@cahnlawoffice.com

Michael J. Klima, Jr.
PEROUTKA, MILLER, KLIMA & PETERS, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122
bankruptcy@peroutkalaw.com

Mark David Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
bankruptcy@rosenberg-assoc.com

Rebecca A. Herr, Esq.
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
ecf@ch13md.com