United States Bankruptcy Court
District of Maryland

In re:  Case No. 23-18039-LSS
Deborah Wessells  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 2
Date Rcvd: May 03, 2024      Form ID: pdfparty      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Wessells, 820 Tritapoe Drive, Knoxville, MD 21758-9504 |
| | + | Maurice B. VerStandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Rebecca A. Herr | ecf@ch13md.com |

District/off: 0416-0                               User: admin                                  Page 2 of 2
Date Rcvd: May 03, 2024                            Form ID: pdfparty                            Total Noticed: 2
TOTAL: 5



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

In re:

DEBORAH WESSELLS,

Debtor.

Case No.: 23-18039

Chapter 13

### ORDER GRANTING MOTION FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon consideration of PJI Law, PLC's Motion for Leave to File a Late Proof of Claim (the "Motion"), any opposition thereto, the record herein, governing law, and any argument heard at a hearing on the Motion, it is, by the United States Bankruptcy Court for the District of Maryland, Greenbelt Division, hereby:

ORDERED, the Motion be, and hereby is, GRANT; and it is further

ORDERED that PJI Law, PLC shall have sixty (60) days from the entry of this order to file its claim in the register.

Copies:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Email: mac@mbvesq.com

David Erwin Cahn, Esq.
LAW OFFICE OF DAVID CAHN, LLC
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701
david@cahnlawoffice.com

Michael J. Klima, Jr.
PEROUTKA, MILLER, KLIMA & PETERS, P.A.
8028 Ritchie Highway, Suite 300
Pasadena, MD 21122
bankruptcy@peroutkalaw.com

Mark David Meyer, Esq.
ROSENBERG & ASSOCIATES, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
bankruptcy@rosenberg-assoc.com

Rebecca A. Herr, Esq.
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
ecf@ch13md.com