UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>DEBORAH WESSELLS<br><br>     Debtor(s) | Chapter 13<br>Case NO. 23-18039-LSS |
| BLUE CASTLE (CAYMAN) LTD.<br>8180 E. Kaiser Blvd.<br>Anaheim Hills, CA 92808<br><br>     Movant<br>v.<br><br>Deborah Wessells<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>and<br><br>John Stanchial Wessells, III<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>     Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-000627-MD-B-5

### <u>NOTICE OF CONTINUED HEARING ON NOTICE OF DEFAULT</u>

   The hearing on Blue Castle (Cayman) LTD's Notice of Default seeking relief from the automatic stay of 11 U.S.C § 362(a) to enable it proceed to foreclosure on the property known as 820 Tritapoe Drive, Knoxville, MD 21758 has been continued.

   The continued hearing is scheduled for
**<u>June 10, 2024 at 2:00 PM</u>**
**<u>at the United States Bankruptcy Court,</u>**
**<u>6500 Cherrywood Lane, Greenbelt, MD 20770</u>**
**<u>Courtroom Number 3-D</u>**

Page 1

Date: February 27, 2024

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 27th day of May, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

David Erwin Cahn, Esquire
129-10 W. Patrick St., 2nd Fl.
Frederick, MD 21701

I hereby further certify that on the 27th day of May, 2024, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Deborah Wessells
820 Tritapoe Drive
Knoxville, MD 21758

John Stanchial Wessells, III
8514 Dam Number 4 Rd., Apt. 1
Williamsport, MD 21795

 /s/ Mark D. Meyer
Mark D. Meyer, Esq.