Entered: June 24th, 2024
Signed: June 21st, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>DEBORAH WESSELLS<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-18039-LSS |
| BLUE CASTLE (CAYMAN) LTD.<br><br>    Movant<br>v.<br><br>Deborah Wessells<br><br>and<br><br>John Stanchial Wessells, III<br><br>    Respondent(s) | Motion No. |

**AMENDED CONSENT ORDER MODIFYING AUTOMATIC STAY**

    Upon consideration of the Movant's Notice of Default, objection thereto, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland:

    **ORDERED** that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 23-000627-MD-B-5

Sections 362(d) and 1301, to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "ALL THAT LOT OF GROUND SITUATE IN FREDERICK COUNTY, MARYLAND AND DESCRIBED AS FOLLOWS, THAT IS TO SAY:

BEING LOT 113 AS SHOWN ON THE PLAT OF BRUNSWICK INDUSTRIAL COMPANY`S ADDITION TO THE TOWN OF BRUNSWICK, FREDERICK COUNTY, MARYLAND, PREPARED BY PRESTON E. MILLER, SURVEYOR, DATED AUGUST 24, 1906, AND RECORDED IN LIBER S.T.H. NO. 276 AT FOLIO 186 AND ALSO BEING RECORDED IN LIBER S.T.H. 276 AT FOLIO 530, AMONG THE LAND RECORDS OF FREDERICK COUNTY, MARYLAND", also known as 820 Tritapoe Drive, Knoxville, MD 21758 and to allow the successful purchaser to obtain possession of same; and be it further

**ORDERED** that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $1,665.98 (said payment represents the regular mortgage payment) by June 5, 2024 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above reference property; and

2. Within 14 days file an amended plan to include the post-petition arrears of $3959.30 (5/5/24 payment of $1665.98, 4 remaining stipulation payments of $485.83 each, and attorney's fees and costs of $350.00).  Movant will file an amended proof of claim to include the above amount; and

3. All payments to the Movant should be made to:

FCI Lender Services, Inc.
PO Box 28720
Anaheim Hills, CA 92809-0157

To the extent the Debtor defaults in making the above specified cure or regular payments then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court.

Upon the filing of the third such affidavit the Automatic Stay shall immediately terminate; and be it further

**ORDERED** that the fourteen (14) day stay of Rule 4001 (a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

**ORDERED** that the Automatic Stay of 11 U.S.C Section 362 be, and it hereby, shall not be reimposed as to the Debtor`s interest, by the conversion of this case to a case under

any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

<u>/s/ Mark D. Meyer</u>  /s/ David Erwin Cahn</u>
Mark D. Meyer, Esq.  David Erwin Cahn, Esq.
Attorney for Movant  Attorney for Debtor

    cc.
    Mark D. Meyer, Esq.
    Rosenberg and Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    Rebecca A. Herr, Trustee
    185 Admiral Cochrane Dr., Suite 240
    Annapolis, MD 21401

    David Erwin Cahn
    129-10 W. Patrick St., 2nd Floor
    Frederick, MD 21701

    Deborah Wessells
    820 Tritapoe Drive
    Knoxville, MD 21758

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted of the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                              <u>/s/ Mark D. Meyer</u>
                              Mark D. Meyer, Esq. # 15070

**END OF ORDER**