# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

**In RE:**

        **Chapter:** 13

DEBORAH WESSELLS         **Claim Number:** 4

        **Case Number:** 23-18039

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only      [√] Payment only      [ ] Notice & Payment

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Payment Processing Center | Payment Processing Center |
| P.O. Box 78367 | P.O. Box 660618 |
| Phoenix, AZ 85062 | Dallas, TX 75266-0618 |

Date: 06/27/2024

/s/ Veermanu Yadav

Creditor's Authorized Agent for Ally Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MARYLAND

In RE:

DEBORAH WESSELLS

Debtor(s)

Chapter: 13

Case Number: 23-18039

## Certificate of Service

I certify that on 06/27/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DAVID ERWIN CAHN
DAVID@CAHNLAWOFFICE.COM

Trustee
REBECCA A HERR
ecf@ch13md.com

United States Trustee
NA

/s/ Veermanu Yadav
Veermanu Yadav
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com