| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 23-18039<br>District of Maryland<br>Greenbelt<br>Wed Nov 29 11:51:44 EST 2023 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Financial<br>500 Woodward Ave<br>Detroit, MI 48226-3416 |
| Blue Castle (Cayman) LTD<br>8180 East Kaiser Blvd<br>Anaheim Hills, CA 92808-2277 | Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 |
| (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | FCI Lender Services, Inc.<br>8180 E. Kaiser Blvd<br>Anaheim, CA 92808-2277 |
| Louis Fiechtner<br>8401 Corporate Drive, 445<br>Landover, MD 20785-2283 | Rebecca A. Herr<br>Chapter 13 Trustee<br>185 Admiral Cochrane Dr.<br>Suite 240<br>Annapolis, MD 21401-7623 | Internal Revenue Service<br>Central Insolvency Operation PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Mark David Meyer<br>Rosenberg & Associates, LLC<br>4340 East West Highway<br>Suite 600<br>Bethesda, MD 20814-4411 | SANTANDER CONSUMER USA<br>P.O. Box 961245<br>Dallas, TX 76161-0244 | Santander<br>3000 Kellway Drive, Suite 120<br>Carrollton, TX 75006-3356 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | Treasurer of<br>Frederick County<br>30 North Market Street<br>Frederick, MD  21701-5420 | Deborah Wessells<br>820 Tritapoe Drive<br>Knoxville, MD 21758-9504 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Comptroller of Maryland<br>Bankruptcy Unit<br>301 W Preston Street RM 409<br>Baltimore, MD 21201 | (d)Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201 | Dept of Education<br>633 Spirit Drive<br>Chesterfield, MO 63005 |

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17