UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>DEBORAH WESSELLS<br><br>    Debtor(s) | Chapter 13<br>Case NO. 23-18039-LSS |
| BLUE CASTLE (CAYMAN) LTD.<br><br>    Movant<br>v.<br><br>Deborah Wessells<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>and<br><br>John Stanchial Wessells, III<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000627-MD-B-10

## NOTICE OF DEFAULT

Now comes Blue Castle (Cayman) LTD. , the movant, and state as follows:

The Movant is the holder of the Deed of Trust on the real property and improvements with a legal description of "ALL THAT LOT OF GROUND SITUATE IN FREDERICK COUNTY, MARYLAND AND DESCRIBED AS FOLLOWS, THAT IS TO SAY:

BEING LOT 113 AS SHOWN ON THE PLAT OF BRUNSWICK INDUSTRIAL COMPANY`S ADDITION TO THE TOWN OF BRUNSWICK, FREDERICK COUNTY, MARYLAND, PREPARED BY PRESTON E. MILLER, SURVEYOR, DATED AUGUST 24, 1906, AND RECORDED IN LIBER S.T.H. NO. 276 AT FOLIO 186 AND ALSO BEING RECORDED IN LIBER S.T.H. 276 AT FOLIO 530, AMONG THE LAND RECORDS OF FREDERICK COUNTY, MARYLAND.
" also known as 820 Tritapoe Drive, Knoxville, MD 21758.

1.      Pursuant to the terms of the Consent Order entered in the above reference matter, the Debtor was to make a payment of $1,665.98 (said payment represents the regular mortgage payment to the Movant on October 5, 2024 - December 5, 2024.

2.      The Debtor did not make the above referenced payments and is in default under the terms of the Consent Order.

3.      Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $5,097.94 (includes 3 payments of $1,665.98 on 10/05/2024 - 12/05/2024, attorney`s fees of 100.00 and costs) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

4.      All payments to the Movant should be made to:

FCI Lender Services, Inc.
PO Box 28720
Anaheim Hills, CA 92809
                    Blue Castle (Cayman) LTD.

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

David Erwin Cahn, Esquire
I hereby further certify that on the 17th day of December, 2024, a copy of the foregoing Notice of Default was also mailed first class mail, postage prepaid to:


Deborah Wessells
820 Tritapoe Drive
Knoxville, MD 21758

John Stanchial Wessells, III
820 Tritapoe Drive
Knoxville, MD 21758


 /s/ Mark D. Meyer
Mark D. Meyer, Esq.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000627-MD-B-10