UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT

| | |
|---|---|
| IN RE<br><br>DEBORAH WESSELLS<br><br>       Debtor(s) | Chapter 13<br>Case NO. 23-18039-LSS |
| BLUE CASTLE (CAYMAN) LTD.<br>8180 E. Kaiser Blvd.<br>Anaheim Hills, CA 92808<br><br>       Movant<br>v.<br><br>Deborah Wessells<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>and<br><br>John Stanchial Wessells, III<br>820 Tritapoe Drive<br>Knoxville, MD 21758<br><br>       Respondent(s) | Motion No. |

## **NOTICE OF NON-PAYMENT AND TERMINATION OF AUTOMATIC STAY**

       Blue Castle (Cayman) LTD. , by undersigned counsel hereby gives notice of the following:

       1.       That an Order Modifying Automatic Stay was entered by this Court on June 24, 2024.

       2.       That pursuant to the terms of the Consent Order an Affidavit of Default was served and filed on December 17, 2024.

       3.       Pursuant to the terms of the Consent Order June 24, 2024 because the Debtor failed to make the agreed payment, the automatic stay is terminated.

Mark D. Meyer
MD BAR 15070
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
23-000627-MD-B-10

Respectfully submitted,

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of January, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Non Payment and Termination of Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

David Erwin Cahn, Esquire

I hereby further certify that on the 2nd day of January, 2025, a copy of the Non Payment and Termination of Automatic Stay was also mailed first class mail, postage prepaid to:

Deborah Wessells
820 Tritapoe Drive
Knoxville, MD 21758

John Stanchial Wessells, III
820 Tritapoe Drive
Knoxville, MD 21758

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 15070
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000