United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-18039-LSS |
| Deborah Wessells | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 04, 2025 | Form ID: ntcdsm | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Wessells, 820 Tritapoe Drive, Knoxville, MD 21758-9504 |
| cr | + | Blue Castle (Cayman) LTD, 8180 East Kaiser Blvd, Anaheim Hills, CA 92808-2277 |
| 32441107 | + | Blue Castle (Cayman) LTD, 8180 E. Kaiser Blvd., Anaheim Hills, CA 92808-2277 |
| 32567870 | + | PJI Law, PLC, 3900 Jermantown Road, Suite 220, Fairfax, VA 22030-4900 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: bnc@ch13md.com | Feb 04 2025 19:28:00 | Rebecca A. Herr, Chapter 13 Trustee, 185 Admiral Cochrane Dr., Suite 240, Annapolis, MD 21401-7623 |
| cr | + | EDI: AISACG.COM | Feb 05 2025 00:23:00 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | ^ | MEBN | Feb 04 2025 19:25:53 | Santander Consumer USA Inc., c/o Michael J. Klima, Jr., 8028 Ritchie Highway, Suite 300, Pasadena, MD 21122-1360 |
| 32413075 | + | EDI: AISACG.COM | Feb 05 2025 00:23:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 32387861 | + | EDI: GMACFS.COM | Feb 05 2025 00:22:00 | Ally Financial, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 32387863 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 04 2025 19:27:00 | Comptroller of Maryland, Bankruptcy Unit, 301 W Preston Street RM 409, Baltimore, MD 21201 |
| 32388561 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 04 2025 19:27:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32387862 | + | EDI: CAPITALONE.COM | Feb 05 2025 00:23:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 32416407 | + | EDI: AIS.COM | Feb 05 2025 00:23:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 32397649 | | EDI: DISCOVER | Feb 05 2025 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 32387865 | + | Email/Text: LMitchell@myfci.com | Feb 04 2025 19:28:00 | FCI Lender Services, Inc., 8180 E. Kaiser Blvd, Anaheim, CA 92808-2277 |
| 32437366 | + | Email/Text: BNCnotices@dcmservices.com | Feb 04 2025 19:28:00 | HEALTH CARE ALLIANCE INC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 32387866 | + | EDI: IRS.COM | Feb 05 2025 00:23:00 | Internal Revenue Service, Central Insolvency Operation PO Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: ntcdsm | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 32387864 | | Email/Text: EBN@Mohela.com | Feb 04 2025 19:28:00 | Dept of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 32440489 | + | EDI: JEFFERSONCAP.COM | Feb 05 2025 00:23:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 32402750 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 04 2025 19:28:00 | SANTANDER CONSUMER USA, P.O. Box 961245, Dallas, TX 76161-0244 |
| 32387867 | ^ | MEBN | Feb 04 2025 19:26:34 | Santander, 3000 Kellway Drive, Suite 120, Carrollton, TX 75006-3356 |
| 32388560 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Feb 04 2025 19:29:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32388559 | | Email/Text: treasuryquestions@frederickcountymd.gov | Feb 04 2025 19:28:00 | Treasurer of, Frederick County, 30 North Market Street, Frederick, MD 21701-5420 |
| 32434270 | + | EDI: AIS.COM | Feb 05 2025 00:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | PJI Law, PLC, 3900 Jermantown Road, Suite 220, Fairfax, VA 22030-4900 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Erwin Cahn | david@cahnlawoffice.com  4200@notices.nextchapterbk.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 04, 2025 | Form ID: ntcdsm | Total Noticed: 24 |

Michael J. Klima
    bankruptcy@peroutkalaw.com

Rebecca A. Herr
    ecf@ch13md.com

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **23–18039 – LSS**   Chapter: **13**

**Deborah Wessells**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 2/4/25.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 2/4/25

                                                 Mark A. Neal, Clerk of Court
                                                 by Deputy Clerk, Laurie Arter
                                                 301–344–3327

Form ntcdsm